NUMBER
13-11-00224-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

ALEJANDRO LOPEZ AND
LINDA LOPEZ,                      APPELLANTS,

 

                                                             v.

 

ALICE ENTERPRISES,
INC.,                                                  APPELLEES. 

____________________________________________________________

 

                              On
appeal from the 79th District Court 

                                      of
Jim Wells County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellants,
Alejandro Lopez and Linda Lopez, appealed a judgment entered by the 79th
District Court of Jim Wells County, Texas.  On May 16, 2011, the Clerk of this
Court notified appellants, in accordance with Texas Rule of Appellate Procedure
42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was
paid.  See Tex. R. App. P.
42.3(c).  Appellants have not responded to the notice from the Clerk or paid
the $175.00 filing fee.  See Tex.
R. App. P. 5, 12.1(b).  Appellee has filed a motion to dismiss the
appeal for want of prosecution and for failure of appellants to comply with
requirement of rules.

The
Court, having considered the documents on file and appellants’ failure to pay
the filing fee, is of the opinion that the appeal should be dismissed.  See
id. 42.3(b),(c).  Accordingly, appellee’s motion to dismiss is GRANTED and the
appeal is DISMISSED for want of prosecution.                                                                         

PER
CURIAM

Delivered and filed the 

14th day of July, 2011.